```
              IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOVLETTE WALKER-SHARPE        :          CIVIL ACTION
                              :
          v.                  :
                              :
UNIVERSAL PROTECTION SERVICE, :          NO. 25-3555
LLC d/b/a ALLIED UNIVERSAL    :
SECURITY SERVICES             :
```

ORDER

AND NOW, this 4th day of May 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff for leave to file a first amended complaint (Doc. #34) is GRANTED; and

(2)  the first amended complaint of plaintiff shall be deemed filed.

BY THE COURT:


/s/   Harvey Bartle III
                                              J.